JAMES SHIELDS BEASLEY, ESQ.
Nevada Bar No. 1733
Law Offices of James Shields Beasley
435 Court Street
P.O. Box 2936
Reno, Nevada 89505
Telephone:  (775) 329-6852
Facsimile:   (775) 329-2174

Attorney for Plaintiffs Yosef L. Mustafanos
and Shirley Jean Clifton

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| YOSEF L. MUSTAFANOS and SHIRLEY JEAN CLIFTON by and through YOSEF L. MUSTAFANOS, her legally appointed guardian,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LYON COUNTY, GREGORY KANTZ, DEBORAH JUNE STRODE, LAURA DEPAOLI, ANDREW STRODE, EDWARD ANDERSON, and DOES 1-10, inclusive,<br>　　　　　Defendants | Civil Action No. 3:15-cv-00227-RCJ-VPC<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA:

PLEASE TAKE NOTICE that on behalf of Plaintiffs Yosef L. Mustafanos and Shirley Jean Clifton, the undersigned counsel of record for Plaintiffs Yosef L. Mustafanos and Shirley Jean Clifton certifies pursuant to Local Rule 7.1-1 that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to the best of Plaintiffs' knowledge and to enable the

Court to evaluate possible disqualification or recusal.

        Yosef L. Mustafanos

        Shirley Jean Clifton

        Lyon County

        Gregory Kantz

        Deborah June Strode

        Laura DePaoli

        Andrew Strode

        Edward Anderson

DATED this 8th day of May, 2015.

        LAW OFFICE OF JAMES SHIELDS BEASLEY
        Attorney for Plaintiffs
        435 Court Street
        P.O. Box 2936
        Reno, Nevada 89505


        By /s/ *James Shields Beasley*
        JAMES SHIELDS BEASLEY


**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2015, a true and correct copy of **CERTIFICATE OF INTERESTED PARTIES** was served via United States District Court CM/ECF system on all parties or persons requiring notice.


        By /s/ *Charles Vargas Beasley*
        Charles Vargas Beasley, an Employee of the
        LAW OFFICE OF JAMES SHIELDS BEASLEY