Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
Attorneys for Defendants
LYON COUNTY AND GREGORY KANTZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| YOSEF L. MUSTAFANOS and SHIRLEY JEAN CLIFTON by and through YOSEF L. MUSTAFANOS, her legally appointed guardian,<br><br>Plaintiff,<br><br>vs.<br><br>LYON COUNTY, GREGORY KANTZ, DEBORAH JUNE STRODE, LAURA DEPAOLI, ANDREWS STRODE, EDWARD ANDERSON and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-00227-RCJ-VPC<br><br>**DEFENDANT LYON COUNTY AND GREGORY KANTZ DEMAND FOR JURY TRIAL** |

COME NOW Defendants, LYON COUNTY and GREGORY KANTZ, by and through their attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby demand a jury trial of all the triable issues in the above-entitled matter.

DATED this 26th day of May, 2015.

        THORNDAL ARMSTRONG
        DELK BALKENBUSH & EISINGER

        By: **/ s / *Katherine F. Parks* /**
         Katherine F. Parks, Esq.
         State Bar No. 6227
         6590 S. McCarran Blvd., Suite B
         Reno, Nevada 89509
         (775) 786-2882
         Attorneys for Defendants
         LYON COUNTY AND GREGORY KANTZ

## CERTIFICATE OF SERVICE

Pursuant to FRCP/NRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **LYON COUNTY AND GREGORY KANTZ DEMAND FOR JURY TRIAL** to be served on all parties to this action by:

__✓__   placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

__✓__   United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

_____   personal delivery

____   facsimile (fax)

_____   Federal Express/UPS or other overnight delivery

fully addressed as follows:

| | |
|---|---|
| **James Shields Beasley, Esq.**<br>**State Bar No. 1733**<br>**Law Offices of James Shields Beasley**<br>**435 Court Street**<br>**P.O. Box 2936**<br>**Reno, Nevada 89505**<br>*Attorney for Plaintiffs* | **Deborah June Strode**<br>**PO Box 179**<br>**Dayton, Nevada 89403**<br>*Defendant In Proper Person* |
| **Laura DePaoli**<br>**168 Six Mile Canyon Road**<br>**Dayton, Nevada 89403**<br>*Defendant In Proper Person* | **Edward Anderson**<br>**5035 Geraldine Avenue**<br>**Silver Springs, Nevada 89429**<br>*Defendant In Proper Person* |

DATED this 26th day of May, 2015.

                                      */ s / Sam Baker        /*
                                      An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER