JAMES SHIELDS BEASLEY, ESQ.
Nevada Bar No. 1733
Law Offices of James Shields Beasley
435 Court Street
P.O. Box 2936
Reno, Nevada 89505
Telephone:  (775) 329-6852
Facsimile:   (775) 329-2174

Attorney for Plaintiffs Yosef L. Mustafanos
and Shirley Jean Clifton

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| YOSEF L. MUSTAFANOS and SHIRLEY JEAN CLIFTON by and through YOSEF L. MUSTAFANOS, her legally appointed guardian,<br><br>    Plaintiffs,<br><br>vs.<br><br>LYON COUNTY, GREGORY KANTZ, DEBORAH JUNE STRODE, LAURA DEPAOLI, ANDREW STRODE, EDWARD ANDERSON, and DOES 1-10, inclusive,<br>    Defendants | Civil Action No. 3:15-cv-00227-RCJ-VPC |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD

James Shields Beasley, counsel of record for plaintiffs Yosef L. Mustafanos and Shirley Jean Clifton in the above-entitled matter, moves this Court for its Order permitting his withdrawal as counsel of record.

This request is made upon the ground that there exists a communication breakdown between counsel and plaintiffs Yosef L. Mustafanos and Shirley Jean Clifton in connection with the manner in which plaintiffs' claims should be prosecuted

against defendants. The breakdown in communication has become such that counsel of record can no longer provide plaintiffs with effective representation. If the Court would like further details before acting on this request, counsel will be happy to provide it to the Court under seal.

There is no compelling reason for this Court to require counsel of record to continue to represent plaintiffs in light of the fact that the discovery cut-off in this case is not until November 3, 2015, and the trial of this case is not scheduled until next year.

The physical address, telephone number, and email address of plaintiffs Yosef L. Mustafanos and Shirley Jean Clifton are as follows:

> Yosef L. Mustafanos
> Shirley Jean Clifton
> 5400 Railroad Street
> Silver Springs, Nevada 89429
> (775) 980-5688
> aoexpress@ymail.com

DATED this 30th day of September, 2015.

> LAW OFFICE OF JAMES SHIELDS BEASLEY
> Attorney for Plaintiffs Yosef L. Mustafanos and Shirley Jean Clifton
> 435 Court Street
> P.O. Box 2936
> Reno, Nevada 89505
>
> By _____
>    JAMES SHIELDS BEASLEY

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Law Office of James Shields Beasley, and that on this date, pursuant to the agreement of the parties, I emailed a true and correct copy of the following document:

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

addressed to the following at the email addresses which are indicated:

Katherine F. Parks
Brian Brown
Thorndahl Armstrong Delk
Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
*Attorney for Defendants
Lyon County and Gregory Kantz*
kfp@thorndahl.com

David C. O'Mara
O'Mara Law Firm
311 E. Liberty Street
Reno, Nevada 59505
*Attorney for Defendant Deborah June Strode*
david@omaralaw.net

Caryn S. Tijsseling
Lemons Grundy & Eisenberg
6005 Plumas Street, Suite 300
Reno, Nevada 89519
*Attorney for Defendant Laura DePaoli*
cst@lge.net

Barry L. Breslow
Frank C. Gilmore
Robison, Belaustegui, Sharp and Low
71 Washington Street
Reno, Nevada 89503
*Attorneys for Defendant Andrew Strode*
fgilmore@rbsllaw.com

and that I mailed a copy of the same by first class mail, postage prepaid, to:

Edward Anderson, *pro per*
5035 Geraldine Avenue
Silver Springs, Nevada 89429

Yosef L. Mustafanos
Shirley Jean Clifton
5400 Railroad Street
Silver Springs, Nevada 89429
aoexpress@ymail.com

DATED this 2nd day of October, 2015.

/s/ Charles Beasley
CHARLES VARGAS BEASLEY